UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

December 4, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES OF AMERICA,               )
                                        )        Case No. 2:12-mj-00326-EFB
                Plaintiff,              )
                                        )
v.                                      )
                                        )        ORDER FOR RELEASE OF
DONALD GLENN KANE,                      )        PERSON IN CUSTODY
                                        )
                Defendant.              )

TO:    UNITED STATES MARSHAL:

       This is to authorize and direct you to release DONALD GLENN KANE, Case No. 2:12-mj-

00326-EFB from custody subject to the conditions contained in the attached "Notice to Defendant

Being Released" and for the following reasons:

        ____    Release on Personal Recognizance

    _X_    Bail Posted in the Sum of: $ 50,000.00.

        _X_    Unsecured Appearance Bond

        ____    Secured Appearance Bond

        _X_    (Other) Conditions as stated on the record.

        _X_    (Other) The defendant is to be released to U.S. Marshall custody on 12/05/2012.

       This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

        Issued at _Sacramento, CA_ on _12/04/2012_ at _7:05 p.m._.

                                        By _____
                                           Edmund F. Brennan
                                           United States Magistrate Judge