```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-mj-00326 EFB |
|---|---|
| Plaintiff, | ) |
| v. | ) MOTION TO DISMISS COMPLAINT |
|  | ) AND [PROPOSED] ORDER |
| DONALD GLENN KANE, | ) |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the complaint against defendant Donald Glenn Kane in case number 2:12-MJ-00326 EFB.

///
///
///
///
///
///

1

1       On December 11, 2012, Pretrial Services Officer Darryl
2  Walker informed me that the defendant had passed away.  This fact
3  was confirmed by FBI Special Agent Scott Schofield later that
4  day.

Date: December 12, 2012              Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                        United States Attorney

                              By:   */s/ Kyle Reardon*
                                  KYLE REARDON
                                  Assistant U.S. Attorney

                                  Attorneys for the Plaintiff
                                  UNITED STATES OF AMERICA

                              **O R D E R**

APPROVED AND SO ORDERED.

DATED: December 12, 2012.         *[signature]*
                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE